```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF GEORGIA
           COLUMBUS DIVISION
```

| | |
|---|---|
| JEAN BENADEL JEAN NOEL, | * |
| Petitioner, | * |
| vs. | * |
| WARDEN, STEWART DETENTION CENTER, *et al.*, | *   CASE NO. 4:17-CV-127 (CDL) |
| Respondents. | * |

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on March 27, 2019. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 23rd day of April, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA